Page 1
FILED
February 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**(7) ALFREDO BERNAL,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § | **Case No: EP:23-CR-00281-DCG**<br><br><u>**S E A L E D**</u><br><u>**I N D I C T M E N T**</u><br><br>**CT 1:** 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) - Conspiracy to Transport Aliens for Financial Gain. |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about June 1, 2022, and continuing to and including on or about August 31, 2022, in the Western District of Texas, and the District of New Mexico, Defendants,



**(7) ALFREDO BERNAL,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation

of law, all done for the purpose of commercial advantage and private financial gain in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY
BY: _____
     Assistant U.S. Attorney